UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBIRD TECH LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INCAPSULA, INC.,<br><br>　　　　Defendant. | 17-cv-06883-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendant and against the plaintiff.  *See* Dkt. No. 29.  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:  February 12, 2018

_____
VINCE CHHABRIA
United States District Judge